01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  DEBRA J. VASICA,                    )
                                        )   CASE NO. C11-0055-RAJ-MAT
09         Plaintiff,                   )
                                        )
10      v.                              )
                                        )   ORDER GRANTING EXTENSION OF
11  MICHAEL J. ASTRUE,                  )   TIME OF REMAINING BRIEFING
    Commissioner of Social Security,    )   SCHEDULE
12                                      )
           Defendant.                   )
13  _____)

14      Plaintiff filed a stipulated motion for extension of time to file the opening brief. (Dkt.

15  13) Plaintiff seeks a 42-day extension, which is longer than the court typically grants, even

16  when a motion is stipulated.  In this case, the parties move for the 42-day extension to

17  accommodate plaintiff's counsel's workload and defendant's counsel's previously planned

18  travel plans.  Taking this into account, and the overall position of this case on the calendar, the

19  court GRANTS plaintiff's stipulated motion.  The deadlines for the briefing are scheduled as

20  follows:

21      Plaintiff's Opening Brief:        June 20, 2011

22      Defendant's Responsive Brief:     July 18, 2011

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -1

01      Plaintiff's optional Reply Brief:      August 1, 2011

02 **Any future stipulated motions for extension filed by either party will be considered in**

03 **light of this longer extension time period.   The parties should not expect that the court**

04 **will grant a full 30-day second extension in this case.**

05      DATED this <u>11th</u> day of May, 2011.

07                                   _____
                                      Mary Alice Theiler
08                                   United States Magistrate Judge

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -2