UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| DEBRA J. VASICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Civil No. C11-0055-RAJ-MAT<br><br><br>[~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

　　　　Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before August 5, 2011; and

- Plaintiff shall file the optional Reply Brief on or before August 19, 2011.

　　　　DATED this <u>19th</u> day of July, 2011.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [C11-0055-RAJ-MAT]

Presented By:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov