UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA J. VASICA, | ) |
| | ) CASE NO. C11-0055-RAJ-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| MICHAEL ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff brought this action to seek judicial review of the denial of her applications for Disability Insurance Benefits and Supplemental Security Income by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 19)

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) reevaluate all medical source opinions, including those of Janine Yeostros, M.D., Monica Carillo, M.D., Lora C. Sherman, M.D., Deborah Oskenberg, M.D., Bruce MacKay, M.D., and agency physicians and

REPORT AND RECOMMENDATION
PAGE -1

psychologists; (2) update the record; (3) recontact treating sources for clarification and/or further evidence if the ALJ rejects their opinions or diagnoses; (4) reevaluate plaintiff's impairments and whether they meet or equal a listing; (5) reevaluate plaintiff's residual functional capacity and credibility, and continue with the sequential evaluation process, obtaining medical expert testimony and supplemental vocational expert testimony if warranted by the expanded record and, if applicable, assessing the materiality of drug abuse and alcoholism.

Given the above, the Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 8th day of August, 2011.

/s/ MARY ALICE THEILER
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2