UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA J. VASICA, | ) |
| | ) CASE NO. C11-0055-RAJ-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER OF REMAND |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. Dkt. # 19. The Honorable Mary Alice Theiler, Magistrate Judge, issued a Report and Recommendation (Dkt. # 21) recommending that the court grant the motion. The court agrees with the recommendation.

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

//

//

ORDER OF REMAND
PAGE -1

01       (4)    The clerk shall enter judgment for Plaintiff.

02     DATED this 9th day of August, 2011.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge